RECEIVED
IN LAKE CHARLES, LA.
JUN 14 2013
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

RODERICK W. WHITFIELD     CIVIL ACTION NO. 2:12-CV-3075

VS.     JUDGE PATRICIA MINALDI

CITY OF MONROE,     MAGISTRATE JUDGE KATHLEEN KAY
COUNCIL OF MONROE,
MAYOR JAMES MAYO

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. 9] and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's complaint be **DISMISSED WITH PREJUDICE** to plaintiff's right to file the appropriate action in state court;

**IT IS FURTHER ORDERED** that the petitioner's Motion for Extension of Time to Effect Service is **DENIED** as **MOOT**.

Lake Charles, Louisiana, on this 14 day of June, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE